## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**Case Title:** Elmer Leroy Falk and Kathleen Elizabeth Falk
**Adversary Title:** Home Depot U.S.A., Inc. v. Salven et al

**Case No.:** 18-14207 - A - 7
**Adv No.:** 19-01045

**Docket Control No.** LSY-1
**Date:** 06/26/2019
**Time:** 10:00 AM

**Matter:** [10] - Motion for Interpleader Deposit (28 U.S.C. Section 1335) [LSY-1] Filed by Plaintiff Home Depot U.S.A., Inc. (cwef) [10] - Notice of Hearing Re: [10] Motion for Interpleader Deposit (28 U.S.C. Section 1335) [LSY-1] to be held on 6/26/2019 at 10:00 AM at Fresno Courtroom 11, Department A. (cwef)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Rosalia Estrada
**Reporter:** Not Recorded
**Department:** A

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

### CIVIL MINUTES

The hearing on this motion will be continued to July 18, 2019 at 10:00 a.m., to be heard in conjunction with this court's Order to Show Cause (ECF No. 26) and Moore Law Firm's motion to dismiss (ECF No. 18). The record on this motion is closed.